**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Express Electric Supply, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4421035** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**11535 W. 183rd Place, Unit 108**
**Orland Park, IL 60467**
Number, Street, City, State & ZIP Code

**Will**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Express Electric Supply, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

‾‾‾‾

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Express Electric Supply, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor    **Express Electric Supply, LLC**                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **Express Electric Supply, LLC** _____     Case number (*if known*) _____
Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 17, 2023** _____
MM / DD / YYYY

**X** **/s/ Rodney J. Thompson** _____     **Rodney J. Thompson** _____
Signature of authorized representative of debtor          Printed name

Title   **Manager** _____

**18. Signature of attorney**

**X** **/s/ Ariel Weissberg** _____     Date   **September 17, 2023** _____
Signature of attorney for debtor                              MM / DD / YYYY

**Ariel Weissberg 03125591** _____
Printed name

**Weissberg and Associates, Ltd.** _____
Firm name

**125 South Wacker Drive**
**Suite 300**
**Chicago, IL 60606** _____
Number, Street, City, State & ZIP Code

Contact phone   **312-663-0004** _____     Email address   **ariel@weissberglaw.com** _____

**03125591 IL** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Express Electric Supply, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __September 17, 2023__     X /s/ Rodney J. Thompson
                                       Signature of individual signing on behalf of debtor

                                       **Rodney J. Thompson**
                                       Printed name

                                       **Manager**
                                       Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Express Electric Supply, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                            12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anixter, Inc. P.O. Box 847428 Dallas, TX 75284-7428 | | | | | | $118,764.00 |
| Black Box Network Services Po Box 639875 Cincinnati, OH 45263-9875 | | | | | | $26,820.00 |
| Bradford Systems 945 N. Oaklawn Ave. Elmhurst, IL 60126 | | | | | | $19,000.00 |
| Ced/Efengee Electrical Supply Po Box 850656 Minneapolis, MN 55485-0656 | | | | | | $873,611.47 |
| Chicago Switchboard 470 W. Wrightwood Ave. Elmhurst, IL 60126 | | | | | | $101,475.30 |
| Communications Supply Corp. 2301 Patriot Blvd. Glenview, IL 60026-8020 | | | | | | $48,000.00 |
| Cummins Inc. 1600 Buerkle Rd. White Bear Lake, MN 55110 | | | | | | $36,212.00 |
| Delta Controls 17850-56th Ave Surrey, BC Canada | | | | | | $53,004.01 |
| Eaton Corporation 9085 Network Place Chicago, IL 60673-1290 | | | | | | $278,107.50 |

Debtor    **Express Electric Supply, LLC**                                      Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Flex Capital LLC (Stanton Enterpris 106 Stephen St. Suite 202 Lemont, IL 60439** | | | | | | **$22,590.00** |
| **Gus Berthold Electric Co. 1900 W Carroll Ave. Chicago, IL 60612** | | | | | | **$70,404.00** |
| **Interstate Powersystems NW 7244 Po Box 1450 Minneapolis, MN 55485-7244** | | | | | | **$23,813.50** |
| **Joseph Shake 2180 Clearview Dr. Hollister Hollister, CA 95023** | | **Outstanding Payroll** | | | | **$21,200.00** |
| **Rodney Thompson 17348 Highwood Dr. Orland Park, IL 60467** | | **Outstanding Payroll** | | | | **$26,923.04** |
| **Ross Video Inc. 808 Commerce Park Ogdensburg, NY 13669** | | | | | | **$72,250.00** |
| **Sunrise Electric Supply 130 S Addison Rd Addison, IL 60101** | | | | | | **$669,380.97** |
| **Superfleet (Mastercard) P.O. Box 70995 Charlotte, NC 28272** | | | | | | **$15,000.00** |
| **Thompson Electronics 905 S Bosch Road Peoria, IL 61607** | | | | | | **$47,500.00** |
| **Viking Electric Po Box 856832 Minneapolis, MN 55485-6832** | | | | | | **$35,712.26** |
| **Zonatherm Products, Inc 875 Busch Parkway Buffalo Grove, IL 60089** | | | | | | **$45,660.00** |

**Fill in this information to identify the case:**

Debtor name      **Express Electric Supply, LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                   **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Apex Funding Source LLC** | Describe debtor's property that is subject to a lien | **$68,232.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**7 Sherwood Dr.
Lakewood, NJ 08701**
Creditor's mailing address

**Accounts Receivable of Debtor**

Describe the lien
**Blanket Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Avion Funding** | Describe debtor's property that is subject to a lien | **$42,683.32** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**200 Central Ave.
Farmingdale, NJ 07727**
Creditor's mailing address

Describe the lien
**Blanket Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **Express Electric Supply, LLC**                     Case number *(if known)* _____
          <sub>Name</sub>

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Byzfunder** | Describe debtor's property that is subject to a lien | $59,987.50 | Unknown |

<sub>Creditor's Name</sub>

**530 7th Ave. Suite 505
New York, NY 10018**
<sub>Creditor's mailing address</sub>

**Describe the lien**
**Blanket Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

<sub>Creditor's email address, if known</sub>

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **CloudFund LLC** | Describe debtor's property that is subject to a lien | $42,486.00 | Unknown |

<sub>Creditor's Name</sub>

**400 Rella Blvd., Suit
165-101
Suffern, NY 10901**
<sub>Creditor's mailing address</sub>

**Describe the lien**
**Blanket Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

<sub>Creditor's email address, if known</sub>

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Delta Capital** | Describe debtor's property that is subject to a lien | $42,486.00 | Unknown |

<sub>Creditor's Name</sub>

**2802 N. 29th Ave.
Hollywood, FL 33020**
<sub>Creditor's mailing address</sub>

**Describe the lien**
**Blanket Liens**

**Is the creditor an insider or related party?**
■ No

---

Debtor   **Express Electric Supply, LLC**
Name

Case number *(if known)*

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.6 | **Everest** | Describe debtor's property that is subject to a lien | $61,353.70 | Unknown |

Creditor's Name

**102 W. 38th St. 6th Floor
New York, NY 10018**

Creditor's mailing address

**Describe the lien**
**Blanket Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.7 | **First Midwest Bank** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**One Pierce Place
Itasca, IL 60143**

Creditor's mailing address

**Describe the lien**
**Blanket Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.8 | **Fox Capital Group, Inc.** | Describe debtor's property that is subject to a lien | $91,985.41 | Unknown |

Debtor   **Express Electric Supply, LLC**

Name

Case number (if known)

---

Creditor's Name

**Accounts and Proceeds from Debtor**

**140 Broadway, 46th Floor**
**New York, NY 10005**

Creditor's mailing address

**Describe the lien**

**Blanket Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.9 | **Headway Capital** | **Describe debtor's property that is subject to a lien** | $69,309.48 | **Unknown** |

Creditor's Name

**175 W Jackson Blvd Suite 1000**
**Chicago, IL 60604**

Creditor's mailing address

**Describe the lien**

**Blanket Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.10 | **Kapitus** | **Describe debtor's property that is subject to a lien** | $236,729.60 | **Unknown** |

Creditor's Name

**120 W 45th St.**
**New York, NY 10036**

Creditor's mailing address

**Describe the lien**

**Blanket Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Debtor  **Express Electric Supply, LLC**

Name

Case number (*if known*)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1<br>1 | **Leaf Capital Funding, LLC** | Describe debtor's property that is subject to a lien | $109,953.26 | Unknown |
|---|---|---|---|---|

Creditor's Name

**2005 Market St., 14th Floor**
**Philadelphia, PA 19103**

Creditor's mailing address

Describe the lien
**Blanket Lien**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1<br>2 | **Mason Capital Group** | Describe debtor's property that is subject to a lien | $43,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**560 Sylvan Ave. Ste. 3020**
**Englewood Cliffs, NJ 07632**

Creditor's mailing address

Describe the lien
**Blanket Lien**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1<br>3 | **Old Plank Trail Community Bank, N.A** | Describe debtor's property that is subject to a lien | $1,600,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**280 VETERANS PARKWAY**
**New Lenox, IL 60451**

Creditor's mailing address

Describe the lien

Debtor   **Express Electric Supply, LLC**                                      Case number *(if known)*
Name

**Blanket Lien**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Old Plank Trail Community Bank, N.A** | Describe debtor's property that is subject to a lien | $145,165.00 | Unknown |

Creditor's Name

**280 VETERANS PARKWAY**
**New Lenox, IL 60451**
Creditor's mailing address

**Describe the lien**
**Line of Credit**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **OnDeck Capital, inc.** | Describe debtor's property that is subject to a lien | $164,394.00 | Unknown |

Creditor's Name

**4700 W Daybreak Pkwy.**
**Suite 200**
**South Jordan, UT 84009**
Creditor's mailing address

**Describe the lien**
**Blanket Lien**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Express Electric Supply, LLC**

Name

Case number *(if known)*

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | **U.S. Small Business Administration** | | | |
|------|---------|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

$450,000.00    **Unknown**

**P.O. Box 3918**
**Portland, OR 97208**

Creditor's mailing address

**Describe the lien**
**Blanket Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $3,227,765.27

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lieberman and Klestzick LLP**<br>**1915 Hollywood Blcvd., Suite 200B**<br>**Hollywood, FL 33020** | Line 2.8 | |
| **Yehuda Jay Klein, Esq.**<br>**350 Fifth Avenue, 59th Floor**<br>**New York, NY 10118** | Line 2.1 | |

| Fill in this information to identify the case: |
|---|

Debtor name　**Express Electric Supply, LLC**

United States Bankruptcy Court for the:　NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims　　12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:　List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Joseph Shake**<br>**2180 Clearview Dr. Hollister**<br>**Hollister, CA 95023** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,200.00** | **$15,150.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Outstanding Payroll** | | |
| | Last 4 digits of account number ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Robert Yanowsky**<br>**15230 W 139th St.**<br>**Dolton, IL 60419** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,692.30** | **$2,692.30** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Outstanding Payroll** | | |
| | Last 4 digits of account number ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Express Electric Supply, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,923.04 | $15,150.00 |
|---|---|---|---|---|

**Rodney Thompson**
**17348 Highwood Dr.**
**Orland Park, IL 60467**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Outstanding Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $995.03 |
|---|---|---|---|

**Advance Electric Supply**
**263 N. Oakley Blvd.**
**Chicago, IL 60612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
|---|---|---|---|

**American Express**
**PO BOX 96001**
**Los Angeles, CA 90096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118,764.00 |
|---|---|---|---|

**Anixter, Inc.**
**P.O. Box 847428**
**Dallas, TX 75284-7428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,743.69 |
|---|---|---|---|

**At&T Mobility**
**P.O. Box 6463**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,820.00 |
|---|---|---|---|

**Black Box Network Services**
**Po Box 639875**
**Cincinnati, OH 45263-9875**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Express Electric Supply, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,362.00 |
|---|---|---|---|

**BlueCross of Illinois**
**300 East Randolph Street**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,970.00 |
|---|---|---|---|

**Boru Inc.**
**4123 N. LeClaire**
**Chicago, IL 60641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,000.00 |
|---|---|---|---|

**Bradford Systems**
**945 N. Oaklawn Ave.**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $873,611.47 |
|---|---|---|---|

**Ced/Efengee Electrical Supply**
**Po Box 850656**
**Minneapolis, MN 55485-0656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,475.30 |
|---|---|---|---|

**Chicago Switchboard**
**470 W. Wrightwood Ave.**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $467.93 |
|---|---|---|---|

**Comcast**
**P.O. Box 3001**
**Southeastern, PA 19398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,000.00 |
|---|---|---|---|

**Communications Supply Corp.**
**2301 Patriot Blvd.**
**Glenview, IL 60026-8020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Express Electric Supply, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.14 |
| --- | --- | --- | --- |

**Connexion**
1700 Leider Lane,
Buffalo Grove, IL 60089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,212.00 |
| --- | --- | --- | --- |

**Cummins Inc.**
1600 Buerkle Rd.
White Bear Lake, MN 55110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,004.01 |
| --- | --- | --- | --- |

**Delta Controls**
17850-56th Ave
Surrey, BC Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,652.24 |
| --- | --- | --- | --- |

**Dept Of Treasury**
P.O. Box 804521
Cincinnati, OH 45280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278,107.50 |
| --- | --- | --- | --- |

**Eaton Corporation**
9085 Network Place
Chicago, IL 60673-1290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,590.00 |
| --- | --- | --- | --- |

**Flex Capital LLC (Stanton Enterpris**
106 Stephen St. Suite 202
Lemont, IL 60439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,404.00 |
| --- | --- | --- | --- |

**Gus Berthold Electric Co.**
1900 W Carroll Ave.
Chicago, IL 60612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Express Electric Supply, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.26 |
|---|---|---|---|

**Honeywell Building Solutions**
**95 E. Algonquin Road, Building D**
**Des Plaines, IL 60017**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,813.50 |
|---|---|---|---|

**Interstate Powersystems NW**
**7244 Po Box 1450**
**Minneapolis, MN 55485-7244**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,148.00 |
|---|---|---|---|

**Maddock Industries Inc**
**601a Country Club Drive**
**Bensenville, IL 60106**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,254.00 |
|---|---|---|---|

**Mercedes-Benz Financial Services**
**P.O. Box 5209**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $958.95 |
|---|---|---|---|

**Netsphere**
**750 W Lake Cook Rd., Suite 158**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,250.00 |
|---|---|---|---|

**Ross Video Inc.**
**808 Commerce Park**
**Ogdensburg, NY 13669**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $984.00 |
|---|---|---|---|

**Selective Insurance**
**P.O. Box 371468**
**Pittsburgh, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Express Electric Supply, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $546.10 |
|---|---|---|---|

**Steiner Electric Co.**
**2665 Paysphere Circle**
**Chicago, IL 60674-0026**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $669,380.97 |
|---|---|---|---|

**Sunrise Electric Supply**
**130 S Addison Rd**
**Addison, IL 60101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Superfleet (Mastercard)**
**P.O. Box 70995**
**Charlotte, NC 28272**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,954.82 |
|---|---|---|---|

**Thomas Sales Inc.**
**7200 W 66th, Suite A**
**Chicago, IL 60638**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,500.00 |
|---|---|---|---|

**Thompson Electronics**
**905 S Bosch Road**
**Peoria, IL 61607**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,712.26 |
|---|---|---|---|

**Viking Electric**
**Po Box 856832**
**Minneapolis, MN 55485-6832**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,918.73 |
|---|---|---|---|

**Waste Management**
**P.O. Box 4648**
**Carol Stream, IL 60197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Express Electric Supply, LLC**                                    Case number (if known)
_____
Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,660.00 |

**Zonatherm Products, Inc**
**875 Busch Parkway**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $  50,815.34 |
| **5b. Total claims from Part 2** | 5b.  + | $  2,616,327.90 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $  2,667,143.24 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Express Electric Supply, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **25,000.00** |
| Prior to the filing of this statement I have received | $ **25,000.00** |
| Balance Due | $ **0.00** |

2.  The source of the compensation paid to me was:

☐ Debtor      ☑ Other (specify):    **Jamerson & Bauwens ($14,876.64).**
**Cynthia Thompson ($11,861.36)**

3.  The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 17, 2023**
*Date*

**/s/ Ariel Weissberg**
**Ariel Weissberg 03125591**
*Signature of Attorney*
**Weissberg and Associates, Ltd.**
**125 South Wacker Drive**
**Suite 300**
**Chicago, IL 60606**
**312-663-0004  Fax: 312-663-1514**
**ariel@weissberglaw.com**
*Name of law firm*

## WEISSBERG AND ASSOCIATES, LTD.

125 W. Wacker Drive
Suite 300
Chicago, Illinois 60606

Telephone: 312-663-0004
Facsimile: 312-663-1514
E-Mail
rakesh@**weissberglaw.com**

August 30, 2023

Express Electric Supply, LLC
11535 W. 183d Place
Orland Park, Illinois

By Email: expresselectric.thompson@comcast.net

Attention: Rodney Thompson

**Re:    Financial Matters // Chapter 11 for Express Electric Supply, LLC**

Dear Mr. Thompson:

We are pleased that you have requested this law firm to represent Express Electric Supply, LLC ("Express Electric") in connection with the above-captioned matter. Lawyers are required, under the Rules of Professional Conduct, to communicate in writing the basis or rate of their fee when beginning the representation of a client. This letter sets forth the terms concerning our representation of Express Electric.

Express Electric agrees to pay our firm an advanced payment fee in the amount of $25,000.00 (the "Advanced Payment Retainer"), plus a $1,738 Bankruptcy Court filing fee from which we will credit against our legal services as rendered and advance against any reimbursable costs and expenses, which amount is paid to us for the purpose of establishing our attorney-client relationship.

We will bill Express Electric based on an hourly basis--to be applied against the Advanced Payment Retainer. Our billing is based on the following rates for the attorneys of Weissberg and Associates:

| | |
|---|---|
| Ariel Weissberg: | $475.00 per hour |
| Rakesh Khanna | $375.00 per hour |
| Paralegals: | $150.00 to $300.00 per hour |

Express Electric shall also be responsible for the payment of all cost charges such as filings with courts and government agencies, photocopying, express courier services, messenger services, computerized legal research, travel, and other expenses and charges which are incurred by our firm in Express Electric's representation.

Express Electric
August 30, 2023
Page -2-

Please date and countersign this letter and return it to me with a check in the amount of the Advanced Payment Retainer and filing fee ($26,738.00) so that we will have a written mutual memorandum of our understanding.  Please retain the signed copy of the letter for your file.

Yours truly,

Ariel Weissberg

AW/hw

ACCEPTED this _1st_ day of _September_ , 202_3_

Express Electric Supply, LLC

By:_____
Rodney Thompson, its authorized representative

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Express Electric Supply, LLC** _____   Case No. _____

Debtor(s)                  Chapter   **11** _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 17, 2023** _____   Signature   **/s/ Rodney J. Thompson** _____

**Rodney J. Thompson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re  __Express Electric Supply, LLC_____    Case No. _____
                                              Debtor(s)      Chapter   __11_____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __55__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  __September 17, 2023_____        __/s/ Rodney J. Thompson_____
                                              **Rodney J. Thompson**/Manager
                                              Signer/Title

Advance Electric Supply
263 N. Oakley Blvd.
Chicago, IL 60612


American Express
PO BOX 96001
Los Angeles, CA 90096


Anixter, Inc.
P.O. Box 847428
Dallas, TX 75284-7428


Apex Funding Source LLC
7 Sherwood Dr.
Lakewood, NJ 08701


At&T Mobility
P.O. Box 6463
Carol Stream, IL 60197


Avion Funding
200 Central Ave.
Farmingdale, NJ 07727


Black Box Network Services
Po Box 639875
Cincinnati, OH 45263-9875


BlueCross of Illinois
300 East Randolph Street
Chicago, IL 60601


Boru Inc.
4123 N. LeClaire
Chicago, IL 60641


Bradford Systems
945 N. Oaklawn Ave.
Elmhurst, IL 60126


Byzfunder
530 7th Ave. Suite 505
New York, NY 10018

Ced/Efengee Electrical Supply
Po Box 850656
Minneapolis, MN 55485-0656

Chicago Switchboard
470 W. Wrightwood Ave.
Elmhurst, IL 60126

CloudFund LLC
400 Rella Blvd., Suit 165-101
Suffern, NY 10901

Comcast
P.O. Box 3001
Southeastern, PA 19398

Communications Supply Corp.
2301 Patriot Blvd.
Glenview, IL 60026-8020

Connexion
1700 Leider Lane,
Buffalo Grove, IL 60089

Cummins Inc.
1600 Buerkle Rd.
White Bear Lake, MN 55110

Delta Capital
 2802 N. 29th Ave.
Hollywood, FL 33020

Delta Controls
17850-56th Ave
Surrey, BC Canada

Dept Of Treasury
P.O. Box 804521
Cincinnati, OH 45280

Eaton Corporation
9085 Network Place
Chicago, IL 60673-1290

Everest
102 W. 38th St. 6th Floor
New York, NY 10018

First Midwest Bank
One Pierce Place
Itasca, IL 60143

Flex Capital LLC (Stanton Enterpris
106 Stephen St. Suite 202
Lemont, IL 60439

Fox Capital Group, Inc.
140 Broadway, 46th Floor
New York, NY 10005

Gus Berthold Electric Co.
1900 W Carroll Ave.
Chicago, IL 60612

Headway Capital
175 W Jackson Blvd Suite 1000
Chicago, IL 60604

Honeywell Building Solutions
95 E. Algonquin Road, Building D
Des Plaines, IL 60017

Interstate Powersystems NW
7244 Po Box 1450
Minneapolis, MN 55485-7244

Joseph Shake
2180 Clearview Dr. Hollister
Hollister, CA 95023

Kapitus
120 W 45th St.
New York, NY 10036

Leaf Capital Funding, LLC
2005 Market St., 14th Floor
Philadelphia, PA 19103

Lieberman and Klestzick LLP
1915 Hollywood Blcvd., Suite 200B
Hollywood, FL 33020


Maddock Industries Inc
601a Country Club Drive
Bensenville, IL 60106


Mason Capital Group
560 Sylvan Ave. Ste. 3020
Englewood Cliffs, NJ 07632


Merceds-Benz Financial Services
P.O. Box 5209
Carol Stream, IL 60197


Netsphere
750 W Lake Cook Rd., Suite 158
Buffalo Grove, IL 60089


Old Plank Trail Community Bank, N.A
280 VETERANS PARKWAY
New Lenox, IL 60451


OnDeck Capital, inc.
4700 W Daybreak Pkwy. Suite 200
South Jordan, UT 84009


Robert Yanowsky
15230 W 139th St.
Dolton, IL 60419


Rodney Thompson
17348 Highwood Dr.
Orland Park, IL 60467


Rodney Thompson
11535 W. 183rd Place
Orland Park, IL 60467


Ross Video Inc.
808 Commerce Park
Ogdensburg, NY 13669

Selective Insurance
P.O. Box 371468
Pittsburgh, PA 15250


Steiner Electric Co.
2665 Paysphere Circle
Chicago, IL 60674-0026


Sunrise Electric Supply
130 S Addison Rd
Addison, IL 60101


Superfleet (Mastercard)
P.O. Box 70995
Charlotte, NC 28272


Thomas Sales Inc.
7200 W 66th, Suite A
Chicago, IL 60638


Thompson Electronics
905 S Bosch Road
Peoria, IL 61607


U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208


Viking Electric
Po Box 856832
Minneapolis, MN 55485-6832


Waste Management
P.O. Box 4648
Carol Stream, IL 60197


Yehuda Jay Klein, Esq.
350 Fifth Avenue, 59th Floor
New York, NY 10118


Zonatherm Products, Inc
875 Busch Parkway
Buffalo Grove, IL 60089

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Express Electric Supply, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Express Electric Supply, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 17, 2023**

Date

**/s/ Ariel Weissberg**

**Ariel Weissberg 03125591**

Signature of Attorney or Litigant

Counsel for   **Express Electric Supply, LLC**

**Weissberg and Associates, Ltd.**

**125 South Wacker Drive**
**Suite 300**
**Chicago, IL 60606**
**312-663-0004 Fax:312-663-1514**
**ariel@weissberglaw.com**